UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CHRISTEL THOMPSON,** ) <br> **Plaintiff** ) <br> ) <br> **v.** ) <br> ) <br> ) <br> **COLLECTO, INC., d/b/a Collection** ) <br> **Company of America,** ) <br> **Defendant** ) | Civil Action No. 10-10046-MLW |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Christel Thompson hereby voluntarily dismisses this action with prejudice.

> Plaintiff,
> By her attorney:
>
> */s/Kenneth D. Quat*
> BBO #408640
> QUAT LAW OFFICES
> 678 Massachusetts Avenue, Suite 702
> Cambridge MA 02139
> 617-492-0522
> kquat@quatlaw.com

## Certificate of Service

I hereby certify that this document filed through the Court's ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any parties indicated as non-registered participants on June 21, 2010.

> */s/Kenneth D. Quat*